*E-Filed 11/9/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>CHARLES VAUGHN,<br><br>             Defendant. | No. CR 10-0902 RS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING HEARING |

**STIPULATION**

The parties agree to continue the sentencing hearing in the above-captioned matter from November 15, 2011 until December 20, 2011 at 2:30 p.m. The purpose of the continuance is to allow time for the defense to resolve certain objections and file the sentencing memorandum. The suggested date also is consistent with the scheduling needs of the Probation Officer. Both parties are available on the requested date. Defense counsel avers that the Probation Officer is also available on the requested date.

It is so stipulated.

DATED: 11/9/2011                               /s/_____
                                                          RONALD TYLER
                                                          Assistant Federal Public Defender
                                                          Counsel for Charles Vaughn

DATED: 11/9/2011   ____/s/_____
SUSAN BADGER
Assistant United States Attorney

**[PROPOSED] ORDER**

The sentencing hearing in this matter is continued from November 15, 2011 until December 20, 2011 at 2:30 p.m.

IT IS SO ORDERED.

DATED: 11/9/11

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE